AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### Aug 11, 2026
for the

Eastern District of Washington

SEAN F. MCAVOY, CLERK

JOSEPH WILLIAM HART

*Plaintiff*

v.

RON HAYNES

)
)
)
)
)

Civil Action No.   4:26-CV-5065-TOR

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Court Order at ECF No. 9, the Petition for Writ of Habeas Corpus, ECF No. 7, is DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d).
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Thomas O. Rice.

Date:   8/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*